1  Ryan Lee, Esq. (SBN 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Ste. 401
   Los Angeles, CA 90025
3  rlee@consumerlawcenter.com
   T: (323) 988-2400; F: (866) 802-0021
4  Attorneys for Plaintiff

5

**UNITED STATES DISTRICT COURT**
6
**EASTERN DISTRICT OF CALIFORNIA**
**BAKERSFIELD DIVISION**
7

8  FRED KAMMERER,                              **Case No.: 11-CV-00632**

9          Plaintiff,

10     vs.                                     **NOTICE OF SETTLEMENT**

11  FREDERICK J. HANNA AND ASSOCIATES

12         Defendant.

13

14      NOW COMES the Plaintiff, FRED KAMMERER, by and through the undersigned

15  counsel and hereby informs the court that a settlement of the present matter has been reached and

16  is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the

17  next 40 days.

18      Plaintiff therefore requests that this honorable court vacate all dates currently set on

19  calendar for the present matter.

20                              Respectfully Submitted,

21  DATED: May 11, 2011         KROHN & MOSS, LTD.

22

23                              By: /s/ Ryan Lee  _____

24                                  Ryan Lee
                                    Attorney for Plaintiff
25

- 1 -

Notice of Settlement

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on May 11, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:     /s/ Ryan Lee

Ryan Lee