Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Ste. 401
Los Angeles, CA 90025
rlee@consumerlawcenter.com
T: (323) 988-2400; F: (866) 802-0021
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## BAKERSFIELD DIVISION

| | |
|---|---|
| FRED KAMMERER, | Case No.: 11-CV-00632 |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| FREDERICK J. HANNA AND ASSOCIATES, | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, FRED KAMMERER, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: May 31, 2011                                         KROHN & MOSS, LTD.

                                                                            By:/s/ Ryan Lee

                                                                            Ryan Lee, Esq.
                                                                            Attorney for Plaintiff,
                                                                            FRED KAMMERER