UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRED KAMMERER, | ) | |
| | ) | 1:11-CV-00632 OWW SMS |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| FREDERICK J. HANNA AND ASSOC., | ) | |
| Defendants. | ) | |

Pursuant to the notice of voluntary dismissal filed May 31, 2011 pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   June 8, 2011**                    **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE

1